FILED

| | |
|---|---|
| AFFIDAVIT OF FACTS OF James Bernard Hebin | } |
| State OF Florida | } |
| County OF Pinellas | }, ss. |

2014 SEP 10  PM 2: 12

8:14mc 74 T 35 TBM

I, James Bernard Hebin, being first duly sworn, depose and say that the following facts are true to the best of my knowledge:

I am the naked owner of the real property with United States as Beneficiary (SEE HEREUNTO ANNEXED UCC FILING and BOND) located at: 7700 Boca Ciega Drive, St. Pete Beach, Florida 33706.

I, James Bernard Hebin, as Private Attorney General will be protecting the PUBLIC TRUST thru JAMES HEBIN TR with United States as Secured Party Creditor as intended Beneficiary and reasonably believe securities and other negotiable instruments presented to the court are counterfeited to accomplish the transfer which is an offence against the law of the nations and direct collateral attach against the public trust.

I swear and affirm that the above and forgoing representations are true and correct to the best of my information, knowledge and belief.

James Bernard Hebin/PRIVATE ATTORNEY GENERAL

Signed above and before me on __10th__ of September 2014, by James Bernard Hebin

Notary Public for Florida

_____
Title and (Rank)

My appointment expires on _____

Jeffrey Starnes
State of Florida
MY COMMISSION # FF 106282
Expires: May 27, 2018

TPA-25575
$46.00

## ATTACHMENT BOND

To all to whom these presents shall come, Greetings:

As the United States is reversionary interest holder of the property in the estate within this agency being administrated and no person shall be held liable in court for anything done or omitted in good faith while maintaining this possession;

As a capital contributor and grantor of an estate in reversion of which United States is the beneficiary, this bond hereunto annexed with the affidavit providing full indemnities by United States pursuant to and in connection with 12 USC § 95a(2) and 12 USC 95b for defense of this estate for the benefit of United States with requirement of deposit of bond with Treasury pursuant to 28 USC § 2041 with full faith and credit guaranteed by United States pursuant to Article IV Section 1 of Constitution of United States.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 8, 2014.

 FLORIDA SECURED TRANSACTION REGISTRY



## Search Results Detail

Detail Record For: 201400791179

| Status | Date Filed | Expires | Filings Completed Thru | Summary For Filing |
|--------|-----------|---------|------------------------|--------------------|
| FILED | 02/21/2014 | 02/21/2019 | 09/05/2014 | 201400791179 |

**Filing Events**                                    Events Filed: 1

**View Filing History**

**Secured Parties**                                  Current Secured Parties: 1

Name & Address
UNITED STATES
C/O UNITED STATES ATTORNEY GENERAL 950 PENNSYLVANIA AVENUE NW WASHINGTON DC 20530-0001

**Debtor Parties**                                   Current Debtor Parties: 3

Name & Address
JAMES B HEBIN
5TH GENERAL US ARMY HOSPITAL - STUTTGART BAD CANNSTATT DEU

JAMES BERNARD HEBIN
FLORIDA SECRETARY OF STATE 2661 EXECUTIVE CENTER CIRCLE TALLAHASSEE FL 32301

HEDGE BABY BOY
5TH GENERAL US ARMY HOSPITAL - STUTTGART BAD CANNSTATT DEU

**Document Images**                                  Pages in all forms/attachments: 4

| Document Number | Type | Filing Date | Pages |
|-----------------|------|-------------|-------|
| 201400791179 | UCC1 | 02/21/2014 | 2 |

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE
## FINANCING STATEMENT FORM

FLORIDA SECURED TRANSACTION REGISTRY

# FILED

2014 Feb 21 08:00 AM

****** 201400791179 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Jim: (727) 470-0771                    jbh@3dnm8r.net

**B. Email Address**

**C. SEND ACKNOWLEDGEMENT TO:**
Name    United States Attorney General

Address  U.S. Department of Justice

Address  950 Pennsylvania Avenue NW

City/State/Zip  Washington D.C. 20530-0001

---

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names**

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JAMES B HEBIN | | | |

| 1.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1.c MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| 5th GENERAL US ARMY HOSPITAL - STUTTGART | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | BAD CANNSTATT | | | DEU |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JAMES BERNARD HEBIN | | | |

| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2.c MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| FLORIDA SECRETARY OF STATE | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| 2661 EXECUTIVE CENTER CIRCLE | TALLAHASSEE | FL | 32301 | US |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR 3b)**

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Hedge | James | Bernard | III |

| 3.c MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| c/o 10021 Gulf Boulevard | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | Treasure Island | Florida | near [33706] | usa |

**4. This FINANCING STATEMENT covers the following collateral:**

All property belonging to the Debtor/Bailee belongs to the Secured Party.

---

**5. ALTERNATE DESIGNATION (if applicable)**   ☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☑ BAILEE/BAILOR
☐ AG LIEN   ☐ NON-UCC FILING   ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE
## FINANCING STATEMENT FORM – ADDENDUM

**8. NAME OF FIRST DEBTOR (1a OR 1b) ON RELATED FINANCING STATEMENT**

| 8a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JAMES B HEBIN | | | |

| 8b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**9 MISCELLANEOUS:**

Being age of majority, Secured Party exercises claim in recoupment for pledge and grant of bailment of person and property (credit/value of a living soul) in state of infancy accepted by and delivered to Debtors/Bailees as consideration for act of bailment by Secured Party.

**10. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (10a OR 10b) – Do Not Abbreviate or Combine Names**

| 10.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HEDGE BABY BOY | | | |

| 10.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 10.c MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| 5TH GENERAL US ARMY HOSPITAL - STUTTGART | This space not available. | | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | BAD CANNSTATT | | | DEU |

**11. SECURED PARTY'S NAME   (or NAME of TOTAL ASSIGNEED of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (11a OR 11b)**

| 11.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 11.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Hedge | James | Bernard | III |

| 11.c MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| c/o 10021 Gulf Boulevard | This space not available. | | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | Treasure Island | Florida | near [33706] | usa |

**12.** This FINANCING STATEMENT covers [ ] timber to be cut or [✓] as-extracted collateral, or is filed as a [ ] fixture filing.

**13.** Description of real estate:

Certificate of Live Birth/Incemnification Receipt AE-360

Geburtsurkunde/Indemnification Receipt
  Registornummer G 2481/1963

Consular Report of Birth Abroad, Number 159-629355

**14.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

U.S DEPARTMENT OF STATE
VITAL RECORDS SECTION
1111 19TH STREET NW - SUITE 510
WASHINGTON, DC 20036

**15.** Additional collateral description:

All property belonging to Secured Party is subject to claims and defenses:

1. Declaration of Independence for protection and defense of the self-evident truth; and

2. State as Administrator and Usufructuary; and

3. Quiet enjoyment of property and persons remains with Secured Party with care and maintenance provided by Usufructuary.

**16.** Check _only_ if applicable and check _only_ one box.

Collateral is [✓] Held in Trust
[ ] Being administered by Decedent's Personal Representative

**17.** Check _only_ if applicable and check _only_ one box.

[✓] Debtor is a TRANSMITTING UTILITY
[ ] Filed in connection with a Manufactured-Home Transaction – effective 30 years

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE
# FINANCING STATEMENT AMENDMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON:**
Jim: (727) 470-0771
Email Address jbh@3dnm8r.net

**B. SEND ACKNOWLEDGEMENT:**
Name   United States Attorney General
Address   U. S. Department of Justice
Address   950 Pennsylvania Avenue NW
City/State/Zip   Washington, D.C. 20530-0001

**FLORIDA SECURED TRANSACTION REGISTRY**

# FILED
2014 Feb 27 08:00 AM
****** 201400825510 ******

THE ABOVE SP/

| **1a. INITIAL FINANCING STATEMENT FILE #** 201400791179 | **1b.** ✓ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

## 2. CURRENT RECORD INFORMATION – DEBTOR NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JAMES B HEBIN | | | |
| **2b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |

## 3. CURRENT RECORD INFORMATION – SECURED PARTY NAME – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **3b. INDIVIDUAL'S SURNAME** Hodge | **FIRST PERSONAL NAME** James | **ADDITIONAL NAME(S)/INITIAL(S)** Bernard | **SUFFIX** III |

**4.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**5.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**6.** ✓ **ASSIGNMENT** ✓ **Full** or ☐ **Partial:** Give name of assignee in item 9a or 9b and address of assignee in item 9c; and also give name of assignor in item 11.

**7.** ☐ **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ **Debtor** or ☐ **Secured Party of record.** Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 8 and/or 9.
☐ **CHANGE** name and/or address: Give current record name in item 8a or 8b; Also give new name (if name change) in item 9a or 9b and/or new address (if address change) in item 9c.
☐ **DELETE** name: Give record name to be deleted in item 8a or 8b.
☐ **ADD** name. Complete item 9a or 9b, and 9c.

## 8. CURRENT RECORD INFORMATION – INSERT ONLY ONE NAME (8a OR 8b) – Do Not Abbreviate or Combine Names

| 8a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **8b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |

## 9. CHANGED (NEW) OR ADDED INFORMATION: – INSERT ONLY ONE NAME (9a OR 9b) – Do Not Abbreviate or Combine Names

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| United States | | | |
| **9b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |

| 9c. MAILING ADDRESS Line One c/o United States Attorney General | This space not available. | | |
|---|---|---|---|
| MAILING ADDRESS Line Two 950 Pennsylvania Avenue NW | **CITY** Washington | **STATE** DC | **POSTAL CODE** 20530-0001 | **COUNTRY** US |

**10. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ DELETE or ☐ ADD, or give entire ☐ RESTATE collateral description, or describe collateral   ✓ ASSIGN collateral

Reversionary interest assigned to and for the account of UNITED STATES upon condition property so received be sold and the proceeds used to reduce the public debt as gratitude for the extension of hospitality for the gift of Safe Harbor as per 12 U.S. Code § 95a (2).

**11. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment) If this is an Amendment authorized by a Debtor, which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **11b. INDIVIDUAL'S SURNAME** Hodge | **FIRST PERSONAL NAME** James | **ADDITIONAL NAME(S)/INITIAL(S)** Bernard | **SUFFIX** III |

**12. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-3 (REV.05/2013)          Filing Office Copy          Approved by the Secretary of State, State of Florida